## EMERGENCY MOTION TO RELEASE SEIZED AND / OR IMPOUNDED PROPERTY

FILED
DEC 29 2020

**MOVANT(S)**, UNITED STATES OF AMERICA REPUBLIC, Christopher-Cannon: Bey, Damien-Holmon: Bey, and Travis-Austin: Bey unto his Honorable Office, respectfully avers that:

1. The MOVANT(S) is the registered owner of a the following vehicles: **1.)** 2007 Ford Edge, having the **VIN No. 2FMDK48C17BA29917**, **2.)** 2007 Pontiac G6, having **VIN No. 1G2ZF58B074258146**, and **3.)** 2003 Silver Toyota Matrix 4 door, Having **VIN No. 2T1KR32E03C08480**, and were purchased by an Irrevocable Tax Exempt Trust **(#10105905)**, and which was unlawfully impounded by reason of its involvement in the above-entitled cases for " alleged traffic violations" filed against Christopher-Cannon: Bey and Damien-Holmon: Bey (the accused), copies of the Certificate of Registration, Official Receipt No.**USRVR041476-119,** and No. **USRVR041476-141.** Affidavits of Undertaking, are hereto attached along with a list of personal(religious) property items that were taken from Damien-Holmon: Bey from the Chicago Police, and Oak Park Police;

2. That the personal items listed below were taken by the Defendant(s) and are owned by the Movant(s)and have already been proven to be legitimate:

1

3. **Held by Chicago Police Department:**

   **a.)** U.S.A.R. Attorney General work ID **b.)** U.S.A.R. Passport **c.)** US.A.R. Driver's License **d.)** U.S.A.R. Attorney General work Badge

4. **Held by Oak Park Police Department:**

   **e.)** @2 Fezzes (Religious Headdress) **f.)** Business cards **g.)** @2 U.S.A.R. License Plates: (HOLBEY1) **h.)** @ 2 Wristwatches **i.)** Birth Certificate **j.)** Work Badge

5. That the above- mentioned vehicles were impounded at the City of Chicago Impound Lot on Doty Rd. and North side of Chicago, Illinois, that the cases are pending trial at the States Circuit Court for the Northern District of Illinois;

6. That, the release of said vehicles would not in any way affect nor hamper, if a case against the owner and/ or the driver would be filed;

7. That the said vehicles were being used as means of livelihood, so much so, that to deprive Movant(s) of their possessions would be tantamount of depriving them or their family of their right to live;

8. That herein Movant(s) hereby binds himself to produce the automobile, if released to Movant(s), whenever required by your good office or by any court of law;

9. There is a concern that the vehicles and personal property (Evidence in this case) will be destroyed if not retrieved immediately and placed in the custody of the U.S. Marshals, as other Vehicles owned by Movant(s) have been destroyed by Defendant(s);

10. **WHEREFORE PREMISES CONSIDERED**, it is most respectfully prayed that the motion to release impounded automobiles and seized personal property to the US Marshals be granted.

Other relief is likewise prayed for.

December 21st, 2020.

Respectfully submitted,

*C- C Bey*

President Christopher- Cannon: Bey All Rights reserved

1499 Martin Luther King Drive Suite 64102

Province of Indiana 46401

# [PROPOSED] EMERGENCY ORDER

1. On **December 21, 2020**, the Plaintiff(s) filed Form **USM-285** and an Emergency Motion to Release Impounded Vehicles and seized Personal Property. To have U.S. Marshals seize as evidence in a civil case filed in this court, all Impounded Vehicles and all seized Personal Property held by the Defendant(s). With respect to the Plaintiff(s) request that the Court order the Defendant(s) in this case to release the following Impounded Vehicles to the U.S. Marshals, which is evidence:

2. **1.) 2007 BLACK FORD EDGE:** <u>License Plate</u>: **"USAR 1"**, <u>Vin. No.</u>: **2FMDK48C17BA29917 2.) 2007 GREY PONTIAC G6:** <u>License Plate</u>: **"HOLBEY1"**, <u>Vin. No.</u>: **1G2ZFS8B074255116 3.) 2003 TOYOTA MATRIX:** <u>Vin. No.</u>: **2T1KR32E03C08480, there is a great chance Evidence may be destroyed by Defendant(s).**

3. Plaintiff(s) request that the Court order the Defendant(s) in this case to release all of the following Seized Personal Property over to the U.S. Marshals, which is evidence: **2.)** <u>U.S.A.R. Attorney General Badge</u>; **3.)** <u>U.S.A.R. Attorney General Government Work Credentials/ Identification</u>; **4.)** <u>U.S.A.R. Driver Licenses</u>; **and 5.)** <u>U.S.A.R. License Plates: **"HOLMBEY1"**, **"USAR 1"** 6.)</u> <u>Two Fezzes</u>: **1BLk, 1 Red 7.)** <u>ULYABLE Insurance Card</u> **8.)** <u>U.S.A.R. **D.O.J. Manual** 9.)</u> <u>1 Box of Attorney General **Business Cards** (1000)</u> **10.)** <u>U.S.A.R. BMV **Vehicle Registration Card**</u> **11.)** <u>Wrist Watches **(2)**</u>

4.  The U.S. Marshal is hereby ordered to go and immediately seize from the Defendant(s) custody, the Release of referenced Impounded Vehicles and seized Personal property, which is evidence in a Civil case filed in this Honorable Court.

5.  Upon consideration of the request, and for the reasons stated in the Plaintiff(s) motion, it is hereby **ORDERED** that the Release of the seized Impounded Vehicles: **1.)** 2007 BLACK FORD EDGE: License Plate: **"USAR 1"**, Vin. No.: **2FMDK48C17BA29917, 2.)** 2007 GREY PONTIAC G6: License Plate: **"HOLBEY1"**, Vin. No.: **1G2ZFS8B074255116, 3.)** 2003 TOYOTA MATRIX: Vin. No.: **2T1KR32E03C08480, to be executed immediately**.

6.  It is further **ORDERED** that the Defendant(s) will deliver to the U.S. Marshals, all seized Impounded Vehicles and Personal Property, to the court by **December 24nd, 2020,** where it may be retrieved by the Plaintiff(s) as evidence for trial.

7.  **IT IS SO ORDERED.**

 

The Honorable  
United States District Judge

The Honorable Judge,

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 2:20-cv-00480-PPS-JPK document 6 filed 12/29/20 page 6 of 9

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES OF AMERICA REPUBLIC | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>Chicago, IL Police Department Impound | TYPE OF PROCESS<br>SEIZE PROPERTY |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHICAGO POLICE DEPT. IMPOUND LOT #6 --2007 Ford Edge Vin No. 2FMDK48C17BA29917
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
701 N. SACRAMENTO AVE., CHICAGO, IL 606

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CHICAGO POLICE DEPARTMENT
701 N. SACRAMENTO AVE. IMPOUND LOT #6
CHICAGO, ILLINOIS

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                    Fold

CHICAGO POLICE DEPARTMENT Auto Pound Lot #6. THE ITEM TO BE SEIZED: 2007 FORD EDGE Vin No. 12FMDK48C17BA29917

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (202)569-0506
DATE: 10/08/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date    Time   [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 2:20-cv-00480-PPS-JPK   document 6   filed 12/29/20   page 7 of 9

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA REPUBLIC | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Oak Park, IL Police Department | SEIZE PROPERTY |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: 740 S. Cottage Grove Ave., Desk Sergeant, Oak Park Police Dept.,1.)@2 Fezzes, 2.)Business Cards, 3.)Birth Certific
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Oak Park Police Station, Oak Park, IL 60302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Grand Crossing Police Station
123 Madison St.
Oak Park, ILLINOIS, 60302

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

1.)@2 Fezzes, 2.)Business Cards, 3.)Birth Certificate, 4.)Wristwatch, 5.) USAR License Plates, 6.)Work Badge

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: (202)569-0506
DATE: 12/16/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES OF AMERICA REPUBLIC | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>Chicago Police Department | TYPE OF PROCESS<br>SEIZE PROPERTY |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
740 S. Cottage Grove Ave., Desk Sergeant, CHICAGO POLICE DEPT., 1.) USAR Atty. Gen. ID, 2.) Atty. Gen Badge,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Grand Crossing Police Station, CHICAGO, IL 60637

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Grand Crossing Police Station
740 S. Cottage Grove Ave.
CHICAGO, ILLINOIS, 60637

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

1.) USAR Atty. Gen. ID, 2.) Atty. Gen Badge, 3.) USAR Passport, 4.) USAR Driver's License, 5.) USAR Asst. Treasurer ID

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202)569-0506 | DATE<br>12/16/2020 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

USDC IN/ND case 2:20-cv-00480-PPS-JPK document 6 filed 12/29/20 page 9 of 9

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA REPUBLIC | |
| DEFENDANT | TYPE OF PROCESS |
| Oak Park, IL Police Department Impound | SEIZE PROPERTY |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OHARE TOWIND SERVICE IMPOUND LOT --Pontiac G6 Vin No. 1G2ZF58B0742581116
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2517 DIVISION ST., MELROSE PARK, IL 60160

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

OAK PARK POLICE DEPARTMENT
123 MADISON ST.
OAK PARK, IL 60302

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

OHARE TOWING IS USED AS THE IMPOUND FOR HE OAK PARK POLICE DEPARTMENT. THE ITEM TO BE SEIZED: Pontiac G6 Vin No. 1G2ZF58B0742581116

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (202)569-0506
DATE: 10/08/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80