AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER H CANNON BEY, On behalf of a class,
TRAVIS AUSTIN BEY, on behalf of a class,
DAMIEN HOLMAN BEY, On behalf of a class,

        Plaintiff

   v.                                                           Civil Action No.  2:20-cv-00480

THE STATE OF ILLINOIS, CITY OF CHICAGO,
LORI LIGHTFOOT, City of Chicago Mayor,
DAVID O BROWN, Chief of Chicago Police,
THOMAS DART, Sheriff, KAREN YARBROUGH, Cook
County Clerk, BRENDAN F KELLY, Director,
ILLINOIS STATE POLICE, D GUZMAN, Chicago Police
Officer, ROBERT DYCKMAN, City of Chicago Dept of Streets
and Sanitation Supervisor Auto Pound 6,
MARKHAM COURT, THOMAS CARROLL, Judge Court Room
204, THADDEUS L WILSON, Cook County Judge Court Room
404, CITY OF GARY IN POLICE, MERILLIVILLE IN
POLICE, CALUMET CITY IL, CITY OF CHICAGO POLICE,
GEORGIA STATE PATROL, OHIO, ILLINOIS,
OAK PARK, IL POLICE DEPARTMENT, J CURTIN, Officer,
A FLORES, Officer, C MC VEY, Officer, CONNIE LAWSON,
Indiana Secretary of State, SUZANNE NIEMOTH, Chicago
Police Officer #17958, MOHAMMAD AHMAD, Chicago Police
Officer #10538, WILFREDO SANCHEZ, Chicago Police
Sergeant #923, OTHER UNKNOWN LAW ENFORCEMENT
OFFICERS,

        Defendants,

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

This action was (*check one*):

___ tried to a jury with Judge_____ presiding, and the jury has rendered a verdict.

___ tried by Judge_____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE:  January 6, 2021                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                    By: s/ L. Higgins-Conrad
                                                         *Signature of Deputy Clerk*